UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD A. GUZZARDO                               CIVIL ACTION

VERSUS                                            NUMBER: 10-00389

MICHAEL J. ASTRUE,                                SECTION: "S"(5)
COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this  5th  day of      April      , 2011.

UNITED STATES DISTRICT JUDGE